UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KARAMAT KAMALOVA,

                        Plaintiff,

JUDGMENT
08-CV-2538 (JG)

-against-

MICHAEL CHERTOFF,
Secretary, Department of
Homeland Security;
EMILIO GONZALEZ,
Director, U.S. Citizenship
and Immigration Services;
DAVID ROARK,
Director of the Texas Service
Center, U.S. Citizenship and
Immigration Service;
CONDOLEEZA RICE,
Secretary, Department of State,

                        Defendants.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ MAR 30 2009 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable John Gleeson, United States District Judge, having been filed on March 27, 2009, dismissing the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

        ORDERED and ADJUDGED that the action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
         March 30, 2009

ROBERT C. HEINEMANN
Clerk of Court
By s/Terry Vaughn
Chief Deputy